UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 09-319-JBC

ARCH INSURANCE COMPANY, ET AL.,                                  PLAINTIFFS,

V.                              JUDGMENT

BROAN-NUTONE, LLC,                                         DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

The court having held a trial in this matter, and the jury having returned a verdict, **IT IS ORDERED** that **JUDGMENT** is entered in favor of the plaintiffs in the amounts of $463,010.35 for injury to real property, $4,239.60 for loss of personal property, and $9,574.62 for loss of clothes or household goods.

There being no just cause for delay, the court **ORDERS** that this matter is **STRICKEN** from the court's active docket. This order is **FINAL AND APPEALABLE**.

Signed on September 20, 2011



JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY