Eastern District of Kentucky
**F I L E D**

FEB 2 0 2013

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY and MONTGOMERY COUNTY FIRE PROTECTION DISTRICT 1, a/k/a MONTGOMERY COUNTY FIRE & AMBULANCE and MONTGOMERY COUNTY FIRE & PROTECTION PROPERTIES, INC. | : CASE NO. 09-319 |
| Plaintiffs, | : ENTRY OF SATISFACTION |
| v. | : |
| BROAN-NUTONE LLC, | : |
| Defendant. | : |

The parties indicating to the Court the judgment in this matter originally entered on September 20, 2011 (Doc. No. 119), and affirmed by the decision of the Sixth Circuit Court of Appeals entered December 21, 2012 (Doc. No. 135) has been satisfied by the Defendant, it is hereby ordered that the Entry of Satisfaction been entered. Plaintiffs and bill of costs pursuant to Fed. R. Civ. Proc. 54(d) are further satisfied.

Judge Jennifer B. Coffman

Signed By:
David L. Bunning
United States District Judge

*s/Jeffrey A. Darling (per 1/31/correspondence*
R. Craig Reinhardt
Katherine J. Hornback
Kari Ross
Jeffrey A. Darling
449 Lewis Hargett Circle, Suite 210
Lexington, Kentucky 40503
EM: creinhardt@reinhardtlaw.com
      kross@reinhardtlaw.com
      Jdarling@reinhardtlaw.com


*s/Michael P. Foley*
Michael P. Foley (85668)
James J. Englert (84251)
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
Telephone: (513) 381-9200
Facsimile: (513) 381-9206
Email address: mfoley@rendigs.com
            jenglert@rendigs.com
*Attorneys for Defendant,*
*Broan-NuTone LLC*

1058854.1

2